UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EUGENE CALHOUN,

    Plaintiff,

v.

P. MORRIS,

    Defendant.

_____/

Case No. 1:20-cv-387

Hon. Hala Y. Jarbou

## ORDER

This is a civil rights action under 42 U.S.C. § 1983 brought by a prisoner proceeding *in forma pauperis*. Plaintiff Samuel Eugene Calhoun filed an amended complaint. (ECF No. 20.) Magistrate Judge Phillip J. Green produced a Report and Recommendation (R&R) recommending that the City of Muskegon, identified as a Defendant in the amended complaint, be dismissed. (ECF No. 19, PageID.96.) Calhoun concurred with the R&R, indicating that he did not intend to "initiate an action against the City of Muskegon[.]" (Pl.'s Concurrence, ECF No. 24, PageID.133.)

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant City of Muskegon is **DISMISSED**.

Dated: May 14, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE